IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CARLOS HERNANDEZ,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and TEXAS A&M UNIVERSITY,

    Defendants.

Civil Action No. 1:22-cv-01239-LY

## ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

Plaintiff Carlos Hernandez and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Carlos Hernandez against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this 22nd day of March, 2023.

HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE