IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS HERNANDEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-01239-DII |
| EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC, | § § § § | |
| Defendants. | § § | |

## ORDER

On May 19, 2023, Plaintiff Carlos Hernandez and Defendant Texas A&M University filed a joint stipulation of dismissal of the claims between them. (Dkt. 21). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

**IT IS ORDERED** that Texas A&M University is **TERMINATED** as a party in this case.

**IT IS FURTHER ORDERED** that the style in the cause before the court is modified as noted in the style used in this Order. The Clerk of Court and the parties shall use the above-referenced style for all future pleadings in this action.

**SIGNED** on May 22, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE